IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00878-REB-KLM

DOUGLAS JAMES ALWARD,

      Plaintiff,

v.

KEVIN MILYARD,
RAYMOND HIGGINS,
CHRISTOPHER FLECKENSTEIN,
CHRISTOPHER GASSAWAY,
PATRICK WHITE,
JOHN WALRAVEN,
JEFFERY ERPS, and
JOHN CHAPDELAIN,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's unopposed **Motion for *In Camera* Review** [#71] (the "Motion").  Plaintiff seeks review of two "After Action Reports" that he believes contain information relating to his post-escape apprehension and return to Sterling Correctional Facility.  According to Plaintiff, Defendants objected to the discovery of these documents because "the request was over broad, sought security sensitive information protected by official information privilege, and that the documents did not contain any information relevant to Mr. Alward's claims."  As directed by the Court, Defendant has filed the two After Action Reports on the electronic docket under restriction at Level 3 for the Court's review.  *See* [#73, #74].

      IT IS HEREBY **ORDERED** that the Motion [#71] is **GRANTED**.  The Court will conduct an *in camera* review of the two After Action Reports after hearing Plaintiff's oral Motion to Compel Production of Documents.

      IT IS FURTHER **ORDERED** that a Telephonic Discovery Hearing on Plaintiff's oral Motion to Compel Production of Documents is scheduled for May 19, 2014, at 4:00 p.m.  The parties shall first conference together and then call Chambers at (303) 335-2770 at the designated time.

      Dated:  May 7, 2014