**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00878-REB-KLM

DOUGLAS JAMES ALWARD,

    Plaintiff,

v.

KEVIN MILYARD,
RAYMOND HIGGINS,
CHRISTOPHER FLECKENSTEIN,
CHRISTOPHER GASSAWAY,
PATRICK WHITE,
JOHN WALRAVEN, and
JEFFERY ERPS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#111][1] filed November 28, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#111] filed November 28, 2014, is **APPROVED**; and

---

[1] "[#111]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated December 3, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

2